**Opinion issued June 21, 2012.**



In The

Court of Appeals
For The
First District of Texas

———————————

NO. 01-11-00736-CV

———————————

**THE ACKEL HEIRS, GEORGE ACKEL, III, ALANA ACKEL TALLO, ADAM ACKEL, AND ALEXANDER ACKEL, Appellants**

**V.**

**JERILYN LEA ACKEL, Appellee**

---

**On Appeal from Probate Court No. 1
Harris County, Texas
Trial Court Cause No. 393941**

---

## MEMORANDUM OPINION

Appellants, the Ackel heirs, George Ackel, III, Alana AckelTallo, Adam

Ackel, and Alexander Ackel, have failed to timely file a brief. *See*TEX. R. APP.

P.38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file

brief). After being notified that this appeal was subject to dismissal, appellants did not adequately respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief.

We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.